No. 85–390.   CITY OF LOS ANGELES ET AL. *v.* PREFERRED COMMUNICATIONS, INC.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari granted.

No. 85–5404.   ALLEN *v.* ILLINOIS.   Sup. Ct. Ill.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1992.   GREEN *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 84–6701.   MCGAHARAN *v.* JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 84–6736.   GOUDLOCK *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 84–6881.   BEANS *v.* BLACK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 84–6905.   SHABAZZ *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–6914.   SIMONS *v.* MONTGOMERY COUNTY DEPARTMENT OF PAROLE AND PROBATIONS.   C. A. 4th Cir.   Certiorari denied.

No. 84–6940.   MOORE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–6959.   MONTGOMERY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–6986.   OCHOA *v.* LENNON, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 85–144.   MOSS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 85–300.   EVANS *v.* UNITED STATES DEPARTMENT OF THE ARMY.   C. A. Fed. Cir.   Certiorari denied.